**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Massage Envy Franchising LLC, | No. CV-18-01998-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Goat Rodeo Ventures LLC, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion to Set Aside Preliminary Injunction Order and Extend Time for Response (Doc. 28). In the Motion, Defendants' counsel reports that he has been too ill to timely file a stipulation for an extension of time to respond to Plaintiff's Motion for Preliminary Injunction. While Defendants' counsel reports that he was well enough to prepare for and travel to a hearing in California, and a stipulation for an extension of time takes mere minutes to prepare, the Court gives Defendants' counsel the benefit of the doubt and will grant the Motion.

IT IS THEREFORE ORDERED granting Defendants' Motion to Set Aside Preliminary Injunction Order and Extend Time for Response (Doc. 28).

IT IS FURTHER ORDERED setting aside the Order (Doc. 27) granting Plaintiff's Motion for Preliminary Injunction.

IT IS FURTHER ORDERED that Defendants may have until September 4, 2018 to file a Response to Plaintiff's Motion for Preliminary Injunction (Doc. 23).

Dated this 4th day of September, 2018.

Honorable John J. Tuchi
United States District Judge